## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEVEN SPRINGS MOUNTAIN RESORT, INC. f/k/a SEVEN SPRINGS FARM, INC., on behalf of JEFFREY J. SIKIRICA, CHAPTER 7 TRUSTEE of DYNAMIC BUILDING CORPORATION, | ) ) ) ) ) | |
| | ) | Civil Action No. 3:21-cv-00006-SLH |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| JOHN M. HESS, TERRI HESS, DBC REAL ESTATE MANAGEMENT, LLC and DBC CONSTRUCTION, LLC, | ) ) ) | |
| Defendants. | ) ) | |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii), Plaintiff Seven Springs Mountain Resort, Inc. on behalf of Jeffrey J. Sikirica, Chapter 7 Trustee of Dynamic Building Corporation, and the remaining Defendants of the above-captioned action, hereby stipulate and agree that the above-captioned action is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Dated:  November 28, 2023

**BUCHANAN INGERSOLL & ROONEY PC**

By: */s/Victoria B. Kush*
Christopher P. Schueller
PA ID No. 92746
Christopher.Schueller@bipc.com
Victoria B. Kush
PA ID No. 308424
Victoria.Kush@bipc.com
Robert Finkel
PA ID No. 71130
Robert.Finkel@bipc.com
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Tel: (412) 562-8800

**MEYER UNKOVIC SCOTT**

By: */s/  David G. Oberdick*
David G. Oberdick
PA ID No. 206148
dgo@muslaw.com
Justin D. Beck, Esquire
PA ID No. 324787
jdb@muslaw.com
535 Smithfield Street
Suite 1300
Pittsburgh, PA  15222-2315
Tel: (412) 456-2800

*Counsel for Defendant*
*DBC Real Estate Management, LLC*

Fax: (412) 562-1041

*Counsel for Plaintiff Springs Mountain Resort*

**WHITEFORD, TAYLOR & PRESTON LLP**

By: * /s/ Scott M. Hare* _____
    Scott M. Hare, Esquire
    PA ID No. 63818
    share@whitefordlaw.com
    Anthony T. Gestrich, Esquire
    PA ID No. 325844
    agestrich@whitefordlaw.com
    11 Stanwix Street, Suite 1400
    Pittsburgh, PA 15222
    Tel: (412) 275-2400

    *Counsel for Defendant John Hess and Defendant DBC Construction, LLC*

**SO ORDERED**:

_____
Judge Stephanie L. Haines

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that the foregoing **STIPULATION OF DISMISSAL**

was served electronically via the Court's CM/ECF system upon all counsel of record.


                                        **BUCHANAN INGERSOLL & ROONEY PC**

Dated:  November 28, 2023              By:  <u>/s/ *Victoria B. Kush*              </u>