# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEVEN SPRINGS MOUNTAIN RESORT, INC. f/k/a SEVEN SPRINGS FARM, INC., on behalf of JEFFREY J. SIKIRICA, CHAPTER 7 TRUSTEE of DYNAMIC BUILDING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN M. HESS, TERRI HESS, DBC REAL ESTATE MANAGEMENT, LLC and DBC CONSTRUCTION, LLC,<br><br>Defendants. | Civil Action No. 3:21-cv-00006-SLH |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii), Plaintiff Seven Springs Mountain Resort, Inc. on behalf of Jeffrey J. Sikirica, Chapter 7 Trustee of Dynamic Building Corporation, and the remaining Defendants of the above-captioned action, hereby stipulate and agree that the above-captioned action is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

By: /s/ Victoria B. Kush
    Christopher P. Schueller
    PA ID No. 92746
    Christopher.Schueller@bipc.com
    Victoria B. Kush
    PA ID No. 308424
    Victoria.Kush@bipc.com
    Robert Finkel
    PA ID No. 71130
    Robert.Finkel@bipc.com
    Union Trust Building
    501 Grant Street, Suite 200
    Pittsburgh, PA 15219
    Tel: (412) 562-8800

Dated: November 28, 2023

**MEYER UNKOVIC SCOTT**

By: /s/ David G. Oberdick
    David G. Oberdick
    PA ID No. 206148
    dgo@muslaw.com
    Justin D. Beck, Esquire
    PA ID No. 324787
    jdb@muslaw.com
    535 Smithfield Street
    Suite 1300
    Pittsburgh, PA 15222-2315
    Tel: (412) 456-2800

*Counsel for Defendant*
*DBC Real Estate Management, LLC*

Fax: (412) 562-1041

*Counsel for Plaintiff Springs Mountain Resort*

**WHITEFORD, TAYLOR & PRESTON LLP**

By: */s/ Scott M. Hare*
    Scott M. Hare, Esquire
    PA ID No. 63818
    share@whitefordlaw.com
    Anthony T. Gestrich, Esquire
    PA ID No. 325844
    agestrich@whitefordlaw.com
    11 Stanwix Street, Suite 1400
    Pittsburgh, PA 15222
    Tel: (412) 275-2400

*Counsel for Defendant John Hess and Defendant DBC Construction, LLC*

**SO ORDERED**: November 28, 2023

_____
Judge Stephanie L. Haines

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **STIPULATION OF DISMISSAL** was served electronically via the Court's CM/ECF system upon all counsel of record.

                                                    **BUCHANAN INGERSOLL & ROONEY PC**

Dated: November 28, 2023          By: /s/ *Victoria B. Kush*